UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BYUNG KIM AND YONG KIM | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 4:07-cv-4201 |
| TIME INSURANCE COMPANY | § § § | |
| Defendant. | § | |

## MEMORANDUM AND ORDER

Pending before the Court is Defendant's Motion for Protective Order and Motion to Quash Plaintiffs' 30(B)(6) Notice of Deposition. After considering the arguments made in briefing and at a hearing on the motion and the relevant law, the Court finds that Defendant's Motion, Doc. No. 46, should be **GRANTED IN PART AND DENIED IN PART**.

The Court will not quash Plaintiffs' Notice of Deposition of Defendant's Corporate Representative. Plaintiffs' request for testimony regarding the amount of claims reviewed and denied by the New Policy Benefit Review Department in investigating claims will be limited to the year 2007. Likewise, Plaintiffs' requests for testimony regarding the policies, procedures, and standards for investigating and reviewing claims and obtaining medical records are limited to the year 2007. Plaintiffs may not inquire about training and net worth until after dispositive motions are decided.

IT IS SO ORDERED.

SIGNED this 19th day of May, 2008.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE