UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BYUNG KIM AND YONG KIM, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 4:07-cv-4201 |
| TIME INSURANCE COMPANY | § § § | |
| Defendant. | § § § § | |

## MEMORANDUM AND ORDER

On this day, the Court considered Plaintiffs' Motion for Leave to File Fourth Amended Complaint. (Doc. No. 87.) Having considered the Motion, Defendant Time Insurance Company's Response, the arguments of counsel, and the papers that have been filed, the Court is of the opinion that the Motion should be **DENIED**.

IT IS SO ORDERED.
SIGNED this 23rd day of December, 2008.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO ENSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER
SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY AND
AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN SENT ONE
BY THE COURT